# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| William Sircy,<br><br>     Plaintiff,<br> v.<br><br>Commercial Recovery Systems, Inc.,<br><br>     Defendant. | Civil Action No.: 3:12-cv-02149-L |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
## DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

  Plaintiff, William Sircy (hereinafter "Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: February 1, 2013

                   Respectfully submitted,

                   By  /s/Jody B. Burton

                   Jody B. Burton, Esq.
                   Bar No.: 71681
                   LEMBERG & ASSOCIATES L.L.C.
                   1100 Summer Street, 3rd Floor
                   Stamford, CT 06905
                   Telephone: (203) 653-2250
                   Facsimile:  (203) 653-3424
                   E-mail: jburton@lemberglaw.com
                   Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 1, 2013, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/*Jody B. Burton*
               Jody B. Burton, Esq.